Clear Form

1

2

3

4

FILED

MAR 28 2025

5

6

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

7

8      **UNITED STATES DISTRICT COURT**
       **NORTHERN DISTRICT OF CALIFORNIA**

9

10     Sergey Firsov                          **C**         **25 02898 SVK**

11                          Plaintiff,        CASE NO. _____

12          vs.                               **APPLICATION TO PROCEED**
                                              **IN FORMA PAUPERIS**
13     Frontier Airlines, Inc                 **(Non-prisoner cases only)**

14                          Defendant.

15

16          I, Sergey Firsov _____, declare, under penalty of perjury that I am the plaintiff

17     in the above entitled case and that the information I offer throughout this application is true and

18     correct. I offer this application in support of my request to proceed without being required to

19     prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20     unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21          In support of this application, I provide the following information:

22     1.    Are you presently employed?                        Yes ✔ No ____

23     If your answer is "yes," state both your gross and net salary or wages per month, and give the

24     name and address of your employer:

25     Gross: $120'000 _____ Net: 90'000 _____

26     Employer: E-Solutions, inc _____

27     2 N Market St, Ste 400, San Jose, CA 95113 _____

28     If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7      a.    Business, Profession or              Yes ____ No __✓__

8            self employment?

9      b.    Income from stocks, bonds,           Yes ____ No __✓__

10           or royalties?

11     c.    Rent payments?                       Yes __✓__ No ____

12     d.    Pensions, annuities, or              Yes ____ No __✓__

13           life insurance payments?

14     e.    Federal or State welfare payments,   Yes ____ No __✓__

15           Social Security or other govern-

16           ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  $750 rent payment each month _____

20  _____

21  3.    Are you married?                        Yes __✓__ No ____

22  Spouse's Full Name: _Rodionova Iana_____

23  Spouse's Place of Employment: _n\a_____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $0_____ Net $0_____

26  4.    a.    List amount you contribute to your spouse's support:$ _1000 per month___

27        b.    List the persons other than your spouse who are dependent upon you for support

28              and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

Firsova V.S. 17 years old - 1'000$ per month, Firsov L.S. 11 year old - $1'100 per month

ex wife Kulikova E.V, 47 year old - $1'900 per month

5.   Do you own or are you buying a home?        Yes ___  No _✔_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?        Yes _✔_  No ____

Make Subaru_____ Year 2024_____ Model Crosstreck_____

Is it financed? Yes _✔_ No _____ If so, Total due: $ 14'500_____

Monthly Payment: $ 891_____

7.   Do you have a bank account?  Yes _✔_ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: "Chase" bank - 749 W El Camino View

CA, "Capital one" bank - PO Box 71087, Charlotte, NC 28272

Present balance(s): $ 2000_____

Do you own any cash?  Yes ___ No _✔_ Amount: $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)                                        Yes ___  No _✔_

_____

8.   What are your monthly expenses?

Rent: $ 2'100_____ Utilities: 300_____

Food: $ 400_____ Clothing: 100_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

Banks - $75'000, attorney Romanenko Andrei - $82'000

- 3 -

1    _____

2    10.    Does the complaint which you are seeking to file raise claims that have been presented in

3    other lawsuits?    Yes ____ No ✔

4    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5    which they were filed.

6    _____

7    _____

8    I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9    false statement herein may result in the dismissal of my claims.

10

11    03/25/25                          _____

12        DATE                          SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28