UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br><br>        Plaintiff.<br><br>    v.<br><br>FRONTIER AIRLINES, INC,<br><br>        Defendant. | Case No.25-cv-02898-SVK<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 3 |

Plaintiff's application to proceed in forma pauperis is **DENIED** because he has failed to establish that he is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a)(1); *see also Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2014) (party seeking in forma pauperis status "must allege poverty with some particularity with some particularity, definiteness and certainty"). Plaintiff must pay the entire filing fee of $405.00 according to the schedule described below. Failure to make scheduled payments will result in dismissal of this action without prejudice.

[x]     **Payment in full due no later than May 5, 2025**.

(  )     Partial payment of $ _____ due on _____,

          ( ) remaining balance due and payable on _____ or

          ( ) to be paid in installments as follows: _____.

Plaintiff is responsible for service of the summons and the complaint and any amendments and attachments, as well as scheduling orders and other documents specified by the Clerk, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

While this case is pending, plaintiff must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action.

    **SO ORDERED.**

Dated: April 3, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge