Sergey Fitsak
333 Escuela ave, #141
Mountain View, CA, 94040

SAN FRANCISCO CA 940
2 APR 2025 PM 4 L

U.S. POSTAGE
$1.01
RDC 99
94041 FCM
Date of sale
04/01/25
02  8WSSK
2000394003

RECEIVED -nmc

APR 04 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

95113-300837

To: North CA district court
280 S First St, Room 2112
San Jose, CA, 95113