**Justice & Diversity**
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

FILED +hmc
APR 04 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. **Case Name:** Sergey Firsov v. FRONTIER AIRLINES, INC

2. **Case Number:** 2025-cv-02898

3. **What documents were served?** *[Write the full name or title of the document or documents]* Notice of lawsuit, 2 Waiver of service of summons, Notice of assigment case, Summons, Complaint, Civil cover sheet, Stamped envelope

4. **How was the document served?** *[check one]*
   - [✔] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   CSC - LAWYERS INCORPORATING SERVICE
   2710 GATEWAY OAKS DRIVE,
   SACRAMENTO, CA 95833
   Authorized agent in California for

6. **When were the documents sent?** 04/01/2025

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *[signed]*
   Name: Kateryna Pomogaibo
   Address: 333 Escuela ave, apt 229
   Mountain view, CA 94040

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*