**To:** Clerk office
North California District Court
280 South First street, Room 2112, San Jose, CA 95113
**Plaintiff:** Sergey Firsov
333 Escuela ave, apt 141, Mountain View, CA 94040
+1 (650) 210-6804



FILED -nmc

APR 04 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

## Complaint on court clerks

### in case 2025-cv-02898 "Firsov vs Frontier airlines, inc"

I put the FEE VAIVER form with my income and the REQUEST TO FILE NEW LITIGATION form together in one envelope. Those forms are confidential.

But by negligence of the court clerks last 6 pages of the Complaint has these forms and it available to everyone for download. This is violation of my privacy. Please fix your error and voluntarily refile the complaint separately from these forms.

FEE VAIVER should be filed separately as confidential. Order on it should be filed after judge sign it.

REQUEST TO FILE NEW LITIGATION should be filed separately as confidential. Order should be filed after judge sign it.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Sergey Firsov                                                                    April 1, 2025