**FW-006**

# Request for Hearing About Court Fee Waiver Order (~~District~~ Court)

**CONFIDENTIAL**
*Clerk stamps date here when form is filed*

**FILED**
APR 11 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**① Your Information** *(person who asked the court to waive court fees):*
Name: SERGEY FIRSOV
Street or mailing address: 333 ESCUELA AVE, APT 141
City: MOUNTAIN VIEW   State: CA   Zip: 94040
Phone number: 650-2106804

**② Your lawyer,** if you have one *(name, address, phone number, e-mail, and State Bar number):*

*Fill in court name and street address:*
~~District~~ Court of California, County of Santa clara.
North California District Court
280 South 1st Street, Room 2112,
San Jose, CA 95113

*Fill in case number and case name:*
**Case Number:** 25-CV-02898-SVK
**Case Name:** FIRSOV VS FRONTIER AIRLINES

**③ Date of order** denying your request to waive court fees *(month/day/year):* 04/03/25

☐ *(Check here if you have a copy of the order denying your request, and attach it to this form.)*

**④** I ask the court for a hearing on my fee waiver request so that I can bring more information about my financial situation.

**⑤** ☒ The additional facts that support my request for a fee waiver are *(describe):*
*(Use this space if you want to tell the court in advance what facts you want considered at the hearing. If the space below is not enough, attach form MC-025. Or attach a sheet of paper and write Additional Facts and your name and case number at the top. You may also attach copies of documents you want the court to look at.)*

I'M NOT ABLE TO PAY RENT, I OWE MORE $5000 TO LANDLORD. EVICTION CASE IS PENDING IN SUPERIOR COURT OF SANTA CLARA COUNTY, CASE 25CV459880 "ESSEX REGENCY ESCUELA LP VS SERGEY FIRSOV". ON 04/11/25 I MAY BE HOMELESS. HOW CAN I PAY COURT FEE, IF I DON'T HAVE MONEY EVEN FOR RENT?
~~I ATTACHED FEE WAIVER APPLICATION FW-001 WITH 2 PAYSTUBS AS EVIDENCE. PLEASE RECONSIDER.~~

Date: 04/09/25

SERGEY FIRSOV
*Print your name here*

/s/ Firsov


**Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before your hearing. Contact the clerk's office for *Request for Accommodation,* form MC-410.

# ESSEX

Essex Property Trust
P.O. Box 15103
Irvine, CA 92623

## URGENT – EVICTION PENDING
*If you have already paid your balance in full, please disregard this notice.

Sergey Firsov
333 Escuela Avenue #141
Mountain View, CA 94040
cc sent via post mail

As of April 06th, 2025, our records indicate a past due balance remains on your account. Payment in full via one of the methods below must be remitted IMMEDIATELY to bring your account current and avoid any further collection activity.

1. Electronically via the online Resident Portal.
2. By utilizing the Walk-In Payment System program (WIPS). See attached notice for more information.
3. By mail or courier delivery to this address postmarked within the three-day notice period:

    Regency at Mountain View
    Attention: Daniela Dessert
    PO BOX 209437
    Austin, TX 78720-9281
    *Please note that USPS can take upward of 14-days to deliver payments.

**FAILURE TO PAY THE <u>FULL</u> AMOUNT LISTED ON THIS NOTICE WILL RESULT IN YOUR ACCOUNT BEING SENT TO OUR ATTORNEYS TO BEGIN EVICTION PROCEEDINGS.** Partial payments will not be accepted. Having an eviction on your record will have a lasting impact on your credit and could affect your future ability to rent elsewhere or obtain credit.

Thank you for your prompt attention to this matter.

Essex Property Trust

38700041

# NOTICE TO PAY RENT OR QUIT
(C.C.P. Section 1161 Subsection 2)

**TO: Sergey Firsov**, and all others in possession of the premises located at: Regency at Mountain View, 333 Escuela Avenue #141, Mountain View, California 94040

**WITHIN THREE (3) DAYS** after the service on you of this notice, excluding Saturdays, Sundays, and other judicial holidays, you are hereby required to pay the delinquent rent for the above-described premises, of which you now hold possession, as follows:

| Due Date of Rent | Amount unpaid |
|---|---|
| May 1st, 2024 | $0.00 |
| June 1st, 2024 | $0.00 |
| July 1st, 2024 | $0.00 |
| August 1st, 2024 | $0.00 |
| September 1st, 2024 | $0.00 |
| October 1st, 2024 | $0.00 |
| November 1st, 2024 | $0.00 |
| December 1st, 2024 | $0.00 |
| January 1st, 2025 | $0.00 |
| February 1st, 2025 | $1,443.88 |
| March 1st, 2025 | $1,538.00 |
| April 1st, 2025 | $2,068.00 |

Total Unpaid Amount: $5,049.88

Or you are hereby required to deliver up possession of said premises, within three (3) days after service on you of this notice, to ESSEX MANAGEMENT CORPORATION, who/which is authorized to receive the same, or legal proceedings will be instituted against you to declare the forfeiture of the lease or rental agreement under which you occupy said premises and to recover possession of said premises, to recover all rent past due, to recover court costs, attorneys fees as permitted by law, and possible additional statutory damages of up to SIX HUNDRED DOLLARS ($600.00) in accordance with California Code of Civil Procedure Section 1174(b), as a result of your failure to comply with the terms of this notice. If you fail to fulfill the terms of your credit obligations, a negative credit report may be submitted to a credit reporting agency.

**PAYMENT MAY BE MADE IN EITHER OF THE FOLLOWING METHODS:**

1. Via electronic funds transfer procedure that has been previously established, via the online Resident Portal within 3 days, excluding Saturdays, Sundays, and judicial holidays, from the date of service of this notice.

2. Via the previously established procedure for in-person payments using the Walk-In Payment System program (WIPS). For more information on the previously established procedure, contact Daniela Dessert at (650) 969-3300 or regencyatmountainview@essex.com. Find the nearest WIPS location by visiting PayNearMe.com/yardicashmap and entering your zip code. All payments must be made payable to Regency at Mountain View.

3. By mail or courier delivery to the below address postmarked within the three-day notice period. Payment must be made payable to Regency at Mountain View in the form of cashier's check or money order and may be mailed to the following address:

Regency at Mountain View

Attention: Daniela Dessert
PO BOX 209437
Austin, TX 78720-9281

Contact Daniela Dessert at (650) 969-3300 with questions regarding this notice.

You are further notified that the undersigned does elect to declare the forfeiture of your lease or rental agreement under which you hold possession of the above-described premises.

**Date:** April 08th, 2025

By: *Maria Rincon*
Name: Maria Rincon
Agent/ Landlord



**SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA**
DOWNTOWN COURTHOUSE
191 NORTH FIRST STREET
SAN JOSÉ, CALIFORNIA 95113
CIVIL DIVISION

**Sergey Firsov
333 Escuela Avenue #141
Mountain View CA 94040**

RE: **ESSEX REGENCY ESCUELA LP vs Sergey Firsov**
Case Number: **25CV459880**

## NOTICE OF SCHEDULED UNLAWFUL DETAINER TRIAL DATE

The above entitled case has been set for trial in this Court, and you are directed to appear:

Date: April 11, 2025   Time: 8:45 AM   Dept.: Department 4

No further notice will be given by the Court.

Note the following:

If you have received notice that an application for waiver of court fees has been denied, failure to pay fees in a timely manner may result in the court trial being vacated without further notice and the Plaintiff may proceed with default and default judgment.

For further information, contact the Calendar Office at (408) 882-2100.

If you, a party represented by you, or a witness to be called on behalf of that party need an accommodation under the American with Disabilities Act, please contact the Court Administrator's office at (408) 882-2700, or use the Court's TDD line (408) 882-2690 or the Voice/TDD California Relay Service (800) 735-2922.

**DECLARATION OF SERVICE BY MAIL OR EMAIL:** I declare under penalty of perjury that I served this notice by enclosing a true copy in a sealed envelope, addressed to each person whose name is shown below, and by depositing the envelope with postage fully prepaid, in the U.S. Mail at San Jose, CA. If consent to be electronically served was provided, I served this notice via email to each person listed below at the email address shown. Service performed on 03/27/2025. CLERK OF THE COURT, by Julie Mazon, Deputy.

cc:   Laurie Li  KIMBALL TIREY & ST JOHN LLP  2300 Clayton Road Suite 1350  Concord CA 94520

CV-5073 REV 07/26/16