**FW-007**  **Notice on Hearing About Court Fees**

*Clerk stamps date here when form is filed.*

**FILED**
APR 11 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**① Person who asked for the hearing:**
Name: **SERGEY FIRSOV**
Street or mailing address: **333 ESCUELA AVE, APT 141**
City: **MOUNTAIN VIEW**   State: **CA**   Zip: **94040**
Phone number: **650-2106804**

**② Lawyer,** if person in ① has one *(name, address, phone number, e-mail, and State Bar number):*

*Fill out court name and street address:*
~~District~~ Court of California, County of
Santa Clara
280 South 1st St, Room 2112,
San Jose, CA 95113

**③** The court received your request for a hearing about your court fees on *(date):* **04/11/25**

*Fill in case number and case name:*
**Case Number:** 25-cv-02898-SVK
**Case Name:** FIRSOV v FRONTIER AIRLINE

**Read this form carefully. All checked boxes ☑ are court orders.**

**④** ☐ The court grants your request for a hearing on your eligibility for a fee waiver. **Go to your court hearing** on the date below. You may bring information about your financial situation to the hearing.

**Hearing Date** → Date: _____ Time: _____   Name and address of court if different from above:
Dept.: _____ Rm.: _____

**⑤** ☐ The court **denies** your request for a hearing because *(check all that apply):*
  a. ☐ The hearing request was not filed within ten days after the clerk gave notice of the denial of the request for a fee waiver. (Government Code section 68634(g).)
  b. ☐ No request to waive fees has been denied by the court in your action.
  c. ☐ Other *(explain):* _____

Date _____   _____
Signature of (check one):  ☐ *Judicial Officer*  ☐ *Clerk, Deputy*

**Request for Accommodations:** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before your hearing. Contact the clerk's office for *Request for Accommodation,* Form MC-410.

**Clerk's Certificate of Service**
I certify that I am not involved in this case and *(check one):*  ☐ A certificate of mailing is attached.
☐ I handed a copy of this notice to the party and attorney, if any, listed in ① and ②, at the court, on the date below.
☐ This notice was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____, California on the date below.

Date: _____   Clerk, by _____, Deputy