UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br>    Plaintiff,<br>v.<br>FRONTIER AIRLINES, INC,<br>    Defendant. | Case No. 25-cv-02898-SVK<br><br>**ORDER ON PLAINTIFF'S REQUEST FOR A HEARING RE DENIAL OF APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 9 |

On April 3, 2025, the Court issued an order denying Plaintiff's motion to proceed *in forma pauperis* ("IFP") and setting a deadline of May 5, 2025 for Plaintiff to pay the filing fee. Dkt. 5. Plaintiff subsequently submitted a "Request for Hearing About Court Fee Waiver Order," which used a California state court form intended for requesting a hearing following denial of a request to waive court fees so that the applicant can provide more information about his or her financial situation. Dkt. 9. The request for hearing procedure contemplated in Plaintiff's Dkt. 9 is a state court procedure and is not available in this federal district court.

Nevertheless, in this District a party may request leave to file a motion for reconsideration of any interlocutory order on any ground set forth in Civil L.R. 7-9(b). *See* Civ. L.R. 7-9(a). The Court will treat Plaintiff's filing at Dkt. 9 as a request for leave to file a motion for reconsideration of the Court's order denying Plaintiff's IFP application, and the Court **GRANTS** Plaintiff leave to file the motion for reconsideration. By **May 12, 2025**, Plaintiff must submit a declaration under penalty of perjury concerning his ability to pay the $405.00 filing fee in this action, along with any supporting paperwork. If Plaintiff seeks to seal any of this information, he must at the same time file a motion to seal that complies with Civil Local Rule 79-5. The Court will decide whether the motion for reconsideration requires a hearing.

The May 5, 2025 deadline for Plaintiff to pay the filing fee is **SUSPENDED** pending a ruling on Plaintiff's motion for reconsideration of the order denying Plaintiff's IFP application.

1  The Court encourages Plaintiff to seek free legal assistance from the Federal Pro Se
2  Program located in the San Jose Courthouse.  The Federal Pro Se Program will not represent
3  Plaintiff in this action but can provide basic legal assistance at no cost.  Plaintiff can schedule an
4  appointment by calling (408) 297-1480 or emailing hsong@asianlawalliance.org.   Plaintiff can
5  find more information about the Legal Help Center at: https://cand.uscourts.gov/pro-se-litigants/.
6  The court also provides a free guide, "Representing Yourself in Federal Court: A Handbook for
7  Pro Se Litigants," which provides instructions on how to proceed at every stage of the case,
8  including discovery, motions and trial. Plaintiff can access the guide online
9  (https://cand.uscourts.gov/pro-se-handbook/) or in hard copy free of charge from the Clerk's
10 Office.

**SO ORDERED.**

Dated: April 29, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge

2